# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 16, 2006

131271

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE BRANDON GOSS, SEAN GOSS, and
BREANNA CANNON, Minors.

_____

DEPARTMENT OF HUMAN SERVICES, f/k/a
FAMILY INDEPENDENCE AGENCY,
          Petitioner-Appellee,

v

SEAN GOSS,
          Respondent-Appellant.

_____/

SC: 131271
COA: 265412
Wayne CC
Family Division: 04-433560-NA

On order of the Court, the application for leave to appeal the April 27, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 16, 2006

_____
Clerk

s0613